IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH JEFF FISHER,<br>　　　　　Plaintiff,<br>　vs.<br>RAUL MISCHIU, et al.,<br>　　　　　Defendants. | Case No. 2:07-cv-00789 JKS KJM P<br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

　　　　On December 28, 2007, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed objections to the findings and recommendations.

　　　　On October 23, 2007, Plaintiff was given thirty days to file the forms necessary to effect service on Defendants.  On December 28, 2007, the magistrate judge recommended the action be dismissed as Plaintiff had not complied with the Court's instructions.  On that same day, the October 23, 2007, order was returned by the U.S. Postal Service as undeliverable.[1]  *See* Docket No. 10.  As Plaintiff never received the forms he was instructed to fill out and return, the Court will not dismiss this action for failure to obey the Court's order.  Plaintiff will be given until May 30, 2008, to comply with the Court's order of October 23, 2007.

/////

/////

---

[1] As subsequent filings served on Plaintiff have not been returned as undeliverable, it appears the delivery failure was not caused by a change of address.  Accordingly, the Court will not dismiss Plaintiff's action at this time for failure to prosecute pursuant to Local Rule 83-183(b).

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Court declines to adopt findings and recommendations filed December 28, 2007;

2. The Clerk shall send Plaintiff three USM-285 forms, one summons, a notice of submission of documents, an instruction sheet, a copy of the Complaint filed April 25, 2007, and copies of the orders at Docket Nos. 6 and 7;

3. By May 30, 2008, Plaintiff shall comply with the Court's Order of October 23, 2007, by completing the attached Notice of Submission of Documents and submitting the following documents to the Court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form each for Defendants Mischiu, Webber, and Smith; and

    d. Four copies of the endorsed complaint filed April 25, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Dated this the 29th day of April 2008.

                                      /s/ James K. Singleton, Jr.
                                      **JAMES K. SINGLETON, JR.**
                                        United States District Judge

ORDER