IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEHEMIAH JEFF FISHER,

      Plaintiff,

vs.

RAUL MISCHIU, et al.,

      Defendants.

Case No. 2:07-cv-00789 JKS KJM P

ORDER

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.

      On October 23, 2007, Plaintiff was given thirty days to file the forms necessary to effect service on Defendants. On December 28, 2007, a magistrate judge recommended the action be dismissed as Plaintiff had not complied with the Court's instructions. On that same day, the October 23, 2007, order was returned by the U.S. Postal Service as undeliverable.[1] *See* Docket No. 10. As Plaintiff had never received the forms he was instructed to fill out and return, the Court did not dismiss Plaintiff's action for failure to obey the Court's order. Instead, on April 30, 2008, the Court had the appropriate documents served on Plaintiff and gave him until May 30, 2008, to file the forms necessary for service in compliance with the Court's order of October 23, 2007. Docket No. 12. The deadline has expired and Plaintiff has failed to comply.

/////

---

[1] As all subsequent filings served on Plaintiff have not been returned as undeliverable, it appears the delivery failure was not caused by a change of address. Accordingly, the Court did not dismiss Plaintiff's action for failure to prosecute pursuant to Local Rule 83-183(b).

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's action is dismissed without prejudice for failure to comply with the Court's order at Docket No. 12.  *See* Local Rule 11-110; Fed. R. Civ. P. 41(b).

2. The Clerk shall enter judgment accordingly.

Dated this the 9th day of July 2008.

/s/ James K. Singleton, Jr.<br>
**JAMES K. SINGLETON, JR.**<br>
United States District Judge

ORDER